# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3318
www.gand.uscourts.gov

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

September 1, 2022

Clerk of Court
The State Court of DeKalb County

    **RE:**    Kanice Reese v. Swift Transportation Co. of Arizona, LLC et al
             Your Case Number: 22A02433
             Our Case Number: 1:22-cv-03087-SEG

Dear Clerk of Court:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                         Sincerely,

                         Kevin P. Weimer
                         District Court Executive
                         and Clerk of Court

              By:   s/ A. Edwards
                        Deputy Clerk

Enclosure